

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Joe Anthony Romero v. Kroger Texas L.P., Sedgwick Claims
                          Management Services, and Phillips, Akers, Womac

Appellate case number:    01-12-00049-CV

Trial court case number:  10CV3689

Trial court:              212th District Court of Galveston County

        We DENY the motion for rehearing filed by appellant, Joe Anthony Romero.  It is so
ORDERED.


Judge's signature:  /s/ Laura Carter Higley
                          Acting for the Court

Panel consists of Justices Keyes, Higley, and Massengale.


Date:  February 18, 2014